UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINE HATCHER, Individually and On
Behalf of All Other Persons Similarly Situated,

                          Plaintiff,

                vs.

CONCERNED HOME MANAGERS FOR
THE ELDERLY, INC.,

                          Defendant.

**Case No.
06CV705**

**AFFIDAVIT OF
SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Efrain Camacho, being duly sworn, deposes and says: I am not a party to this action, I am over 18 years of age and reside at Bronx, NY:

On February 8, 2006 at 10:49 a.m. at 11 Broadway, New York, NY 10004,
I served the within SUMMONS and COMPLAINT on CONCERNED HOME MANAGERS FOR THE ELDERLY, INC. defendant therein named, by delivering a true copy of same to NANNETTE CASE, Office Manager.

The person served is a black female, black/white hair, 35-45 years old, 5'4"-5'5" in height, 150-160 pounds.

                                             Efrain Camacho
                                             License No. 1164027

Sworn to before me this
8th day of February 2006.

NOTARY PUBLIC

MAUREEN I. MINTZER
NOTARY PUBLIC-STATE OF NEW YORK
No. 60-4827421
Qualified in Westchester County
My Commission Expires May 31, 2006

*LegalEase Inc.*

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070   •   800-393-1277   •   Fax: 212-393-9796