KARATIS

PROSKAUER ROSE LLP
Bettina B. Plevan (BP-7460)
Larry Bliss (LB-6396)
1585 Broadway
New York, New York 10036
(212) 969-3000
Attorneys for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHRISTINE HATCHER individually and on behalf :
of all other persons similarly situated,
  :
                            Plaintiffs,   :   06 CIV. 705 (LAK)

        - against -          :   **STIPULATION AND ORDER**

  :
CONCERNED HOME MANAGERS FOR THE
ELDERLY, INC.,   :

  :
                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

   IT IS HEREBY STIPULATED BY AND BETWEEN the undersigned counsel for the parties herein that the time for defendant Concerned Home Managers for the Elderly, Inc., to answer, move or otherwise respond with respect to the complaint is extended to, and including, March 14, 2006.

   IT IS FURTHER STIPULATED that defendants agree not to assert any defenses regarding service of process.



IT IS FURTHER STIPULATED that the statute of limitations period for opting in to this action under the Fair Labor Standards Act of 1938 ("FLSA") will be tolled from March 1, 2006 to March 14, 2006.

Dated: February 27, 2006

LOCKS LAW FIRM, PLLC

By: _____
Seth R. Lesser (SL- 5560)
Fran Rudich (FR- 7577)
110 East 55th Street, 12th Floor
New York, New York 10022
(212) 838-3333
Attorneys for Plaintiff

PROSKAUER ROSE LLP

By: _____
Bettina B. Plevan (BP-7460)
Larry Bliss (LB-6396)
1585 Broadway
New York, New York 10036
(212) 969-3000
Attorneys Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

So ordered:

_____
United States District Judge

3/6/06

2