AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CHRISTINE HATCHER, individually
v.
CONCERNED HOME MANAGERS

APPEARANCE

Case Number: 06-CIV-705 (LAK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Concerned Home Managers for the Elderly, Inc.

I certify that I am admitted to practice in this court.

March 23, 2006
Date

*Bettina B. Plevan* (signature)
Signature

Bettina B. Plevan | BBP-7460
Print Name | Bar Number

1585 Broadway
Address

New York, NY  10036
City  State  Zip Code

(212) 969-3065 | (212) 969-2900
Phone Number | Fax Number