

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTINE HATCHER, Individually and
on Behalf of All Other Persons Similarly Situated,

    Plaintiffs,

-against-

CONCERNED HOME MANAGERS FOR THE
ELDERLY, INC.

    Defendants.
------------------------------------------------------------x

06 CIV. 705 (LAK)

## STIPULATION AND ORDER ~~STAYING ACTION~~

Plaintiff, CHRISTINE HATCHER, Individually and on Behalf of All Other Persons Similarly Situated, and Defendant, CONCERNED HOME MANAGERS FOR THE ELDERLY, INC., by and through their undersigned counsel, who are duly authorized to enter into this STIPULATION, hereby agree as follows:

The time for the Defendant to serve its response to the Complaint is extended to November 1, 2006;

From the date of execution of this STIPULATION to and until the date that Defendant serves its response to the Complaint as set forth hereunder, Defendant agrees that the statute of limitations applicable under the Fair Labor Standards Act is tolled. When Defendant serves its response to the Complaint, the tolling period will cease and the statute of limitations no longer will be tolled.

The parties will notify the Court of this STIPULATION and will file said STIPULATION with the Court.

LOCKS LAW FIRM, PLLC
*Attorneys for Plaintiff*
110 East 55th Street, 12th Floor
New York, New York 10022
(212) 838-3333

By: *F. Rudich*
Fran L. Rudich (FR 7577)
Seth R. Lesser (SL 5560)

Dated: 9/21/06

PROSKAUER ROSE, LLP.
*Attorneys for Defendant*
1585 Broadway
New York, New York 10036
(212) 969-3000

By: *Bettina Plevan*
Bettina B. Plevan (BP 7460)

Dated: 9/21/06

SO ORDERED on this 27 day of September, 2006

_____
United States District Judge