PROSKAUER ROSE LLP
Bettina B. Plevan (BP-7460)
Fredric C. Leffler (FL-7998)
1585 Broadway
New York, NY 10036
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

CHRISTINE HATCHER, Individually and on Behalf of All Other Persons Similarly Situated,

    Plaintiff,

- against -

CONCERNED HOME MANAGERS FOR THE ELDERLY, INC.,

    Defendants.

------------------------------------------------X

Civil Action No.
06 CIV. 705 (LAK)
**(ECF Case)**

**STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification and recusal, the undersigned attorneys of record for the Corporate Defendant, Concerned Home Managers For The Elderly, Inc., certify that it has no parent corporation and that no publicly-held corporation owns ten percent (10%) or more of its stock.

Dated:    November 1, 2006
            New York, New York

                                      PROSKAUER ROSE LLP

                                      By: _____
                                      Bettina B. Plevan (BP-7460)
                                      Fredric C. Leffler (FL-7998)
                                      1585 Broadway
                                      New York, NY  10036-8299
                                      Phone: (212) 969-3000
                                      Attorneys for Defendants