UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTINE HATCHER, Individually and           :
on Behalf of All other persons similarly situated, :
                                              :
            Plaintiffs,                       :
                                              :   Index No: CV 06-705
       -against-                              :
                                              :
CONCERNED HOME MANAGERS FOR THE               :
ELDERLY, INC.                                 :
                                              :
            Defendants.                       :
------------------------------------------------------------X

Notice is hereby given of the appearance of the undersigned as counsel for CHRISTINE HATCHER, in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

>   BERGER & ASSOCIATES
>   Bradley Berger, Esq.
>   321 Broadway
>   New York, NY 10007
>   Tel: (800) 529-4444

Dated: New York, New York
       March 15, 2007

>   Respectfully submitted,
>
>   **BERGER & ASSOCIATES**
>
>
>   By: /s/ Bradley Berger
>          Bradley Berger