

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x
CHRISTINE HATCHER, Individually and on Behalf of
All Other Persons Similarly Situated,

                  Plaintiffs,

- against -

CONCERNED HOME MANAGERS FOR THE
ELDERLY, INC.,

                  Defendants.

------------------------------------------------------ x

06 CIV. 705 (LAK)

STIPULATION AND
ORDER OF DISMISSAL
**WITH PREJUDICE**

    WHEREAS, this Court "so ordered" the parties Stipulation of Stay on February 9, 2007 and transferred this case to the suspense docket, pending the outcome in *Coke v. Long Island Care at Home* ("*Coke*"), 376 F.3d 118 (2d Cir. 2004), *cert. granted, vacated by*, 545 U.S. 1103, *aff'd in part, vacated in part, remanded*, 462 F.3d 48 (2d Cir.), *cert. granted*, No. 06-593 (U.S. Jan. 5, 2007); and

    WHEREAS, the United States Supreme Court issued its decision in the *Coke* case on June 11, 2007, No. 06-593, 2007 U.S. LEXIS 7717 (U.S. June 11, 2007), sustaining the U.S. Department of Labor's regulation exempting home health care aides and companion services workers from the minimum wage and overtime pay provisions of the Fair Labor Standards Act; and

    WHEREAS, the Supreme Court's decision resolves all the federal claims in this litigation;

    IT IS HEREBY stipulated by and between counsel for the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that:

    1.    All the federal law claims under the Fair Labor Standards Act, as amended, in the above-captioned action, are hereby dismissed with prejudice and without an award of costs, disbursements, attorneys' fees or interest to any party;

1

2. The state law claims are voluntarily withdrawn in their entirety without prejudice and without an award of costs, disbursements, attorneys' fees or interest to any party.

Dated: New York, New York
July 18, 2007

Fran L. Rudich (FR-7577)
LOCKS LAW FIRM PLLC
110 East 55th Street,
New York, New York 10022
Tel: (212) 838-3333
Fax: (212) 838-3735

Bradley Ian Berger
BERGER & ASSOCIATES ATTORNEYS
321 Broadway
New York, NY 10007
Tel: (800) 529-4444
Fax: (888) 529-4449

Jeffrey Michael Gottlieb
BERGER & GOTTLIEB
150 E. 18th St.
New York, NY 10003
Tel: (212) 228-9795
Fax: (212) 982-6284

Attorneys for Plaintiff

By: _____
Fran L. Rudich
Bradley Ian Berger
Jeffrey M. Gottlieb

Bettina B. Plevan (BP-7460)
Fredric C. Leffler (FL-7998)
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

Attorneys for Defendant

By: _____
Fredric C. Leffler

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 7/14/07